# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORI FRIEDBERG,** : | |
|     **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | |
| **MICHAEL J. ASTRUE,** : | |
| **COMMISSIONER OF THE SOCIAL** : | |
| **SECURITY ADMINISTRATION,** : | **NO. 11-cv-06451** |
|     **Defendant.** : | |

## <u>O R D E R</u>

**AND NOW**, this 4th day of April, 2013, upon careful and independent consideration of the plaintiff's request for review (Doc. No. 8), all Responses and Replies thereto, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 13), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.[1]

2. Plaintiff's Request for Review is **GRANTED** in part and **DENIED** in part; and

3. The case is **REMANDED** to the Commissioner of the Social Security Administration to allow the Administrative Law Judge ("ALJ") to conduct additional proceedings consistent with the Report and Recommendation. On remand, the ALJ shall: (1) assess Plaintiff's blood clotting disorder; (2) re-assess Dr. Reis's April 27, 2011 opinion; (3) re-assess Plaintiff's credibility, accurately taking into account Plaintiff's testimony; (4) explicitly consider whether the statement of Plaintiff's husband enhances Plaintiff's credibility; (5) re-assess Plaintiff's RFC; and (6) pose hypothetical questions to the vocational expert which take into account all of Plaintiff's credible limitations.

---

[1] I note that the commissioner did not file objections to the Report and Recommendation.

4. The Clerk of Court is directed to mark this case **CLOSED.**

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.